**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JUAN MANUEL RIVERA,

           Petitioner,

-vs-                                        Case No. 6:11-cv-1662-Orl-19KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

           Respondent.
_____

## ORDER OF DISMISSAL

On October 18, 2011, the Court ordered Petitioner to file an amended habeas petition within fourteen days from the date of the Order (Doc. No. 2). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case shall be **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this ___9th_____ day of November, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 11/9
Juan Manuel Rivera
Unrepresented Party